FILED

AUG 2 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Maureen L. Fox, SBN 172711
Attorney for Gregory Williams, Petitioner
PMB 431, 15732 Los Gatos Blvd.
Los Gatos, CA  95032
Tel:  (408) 358-2135
Fax:  (408) 228-0887
Email:  attorneyfox@verizon.net

# E-filing

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

TEH

Gregory Williams,                          )
                                           )
Petitioner,                                ) NO
                                           ) C 07 4269
v.                                         ) PETITION FOR WRIT OF
                                           ) HABEAS CORPUS
Robert Horel, Warden                       )
                                           )
Respondent.                                )
_____) PERSON IN STATE CUSTODY

1

2

Maureen L. Fox, SBN 172711
Attorney for Gregory Williams, Petitioner

3

PMB 431, 15732 Los Gatos Blvd.

4

Los Gatos, CA  95032
Tel:  (408) 358-2135

5

Fax:  (408) 228-0887
Email: attorneyfox@verizon.net

6

7

8

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

Gregory Williams,

Petitioner,

11

v.

12

Robert Horel, Warden

13

Respondent.

14

)
)
) NO.
)
) PETITION FOR WRIT OF
) HABEAS CORPUS
)
)
)
) PERSON IN STATE CUSTODY

15

Petitioner Gregory Williams, through his attorney Maureen L. Fox, pursuant to 28 U.S.C. §2255,

16

respectfully petitions this Court for an order vacating the conviction and sentence in People v.

17

Gregory Williams, Santa Clara County Superior Court No. CC265533, and in support of this

18

petition avers as follows:

19

20

I.  PARTIES

21

1.1. Gregory Williams, Petitioner herein, is confined at the Pelican Bay State Prison in Crescent

22

City, California.  Petitioner was convicted of first degree burglary (Calif. Pen. Code § 459-460,

23

subd. (a)) and being under the influence of a controlled substance (Calif. Health & Safe. Code §

24

11550, subd. (a)).

25

1.2.  Respondent Robert Horel is Warden of the Pelican Bay State Prison.

26

27

In re Gregory Williams, Petition for Writ of Habeas Corpus, Page 1

## II. JURISDICTION

2.1. The United States District Court has jurisdiction over this petition for a writ of habeas corpus pursuant to 28 U.S.C. §§ 2254 and 1331. Petitioner is in custody pursuant to judgment of a California state court, and seeks relief on the ground that his imprisonment and sentence are in violation of his rights under the United States Constitution.

## III. VENUE

3.1. Venue is proper in the United States District Court for the Northern District of California because Petitioner's conviction was obtained in the Santa Clara County Superior Court in San Jose, California. See 28 U.S.C. § 2241(d).

## IV. PROCEDURAL HISTORY

4.1. On February 20, 2004, the state filed an information charging petitioner with one count of first degree burglary (Calif. Pen. Code § 459-460, subd. (a)), alleging that he entered an inhabited dwelling house in San Jose with intent to commit a felony (Calif. Pen. Code § 220), a felony, and one count of using or being under the influence of a controlled substance, methamphetamine, (Calif. Health & Safe. Code § 11550, subd. (a)), a misdemeanor.  The information also alleged two prior convictions within the meaning of the Three Strikes Law (Calif. Pen. Code §§ 667, subds. (b) through (i); 1170.12.)  The case was People v. Gregory Williams, Santa Clara County Superior Court No. CC265533.

4.2.  Trial by jury began on February 25, 2004. (CT 89.) Petitioner was represented by counsel and did not testify.  On March 15, 2004, the jury found petitioner guilty of first degree burglary (count one). (CT 305, 8RT 1062-1063.)  They also found petitioner guilty of being under the influence of a controlled substance (count two). (CT 306, 8RT 1063.)  On March 16, 2004, a

In re Gregory Williams, Petition for Writ of Habeas Corpus, Page 2

1

2
court trial of the allegations of prior convictions was held and the court found the allegations

3
true. (CT 322.)

4
4.3. On November 22, 2004, the court sentenced petitioner to twenty-five years to life for the

5
burglary and to a concurrent 90 days for the misdemeanor of being under the influence of a

6
controlled substance. (CT 402, 10RT 1094.) Petitioner was represented by counsel. Petitioner

7
is currently in custody at Pelican Bay State Prison, 5905 Lake Earl Drive in Crescent City,

8
California, as a result of this sentence.

9
4.4. On December 6, 2004, petitioner filed a Notice of Appeal in the California Court of Appeal,

10
Sixth District. (Court of Appeal No. H028263.) (CT 405.) The grounds raised were the same as

11
those raised in this petition. Petitioner was represented by counsel in the appellate proceedings.

12
On June 29, 2006, the Court of Appeal issued an unpublished opinion affirming the judgment.

13
4.5. On August 1, 2006, petitioner, through counsel, filed a Petition for Review in the California

14
Supreme Court. (Supreme Court No. S145461.) The grounds raised were the same as those

15
raised in this petition. On October 11, 2006, the California Supreme Court denied review.

16
4.6. Petitioner has sought no other relief than as set forth above.

17
4.7. No petition or appeal is currently pending in any court with respect to this judgment.

18
V. GROUNDS FOR RELIEF

19
The grounds on which Petitioner contends his conviction is contrary to the Constitution of the

20
United States are as follows:

21
5.1. The police interrogations of petitioner were inadmissible because they violated petitioner's

22
Fifth and Fourteenth Amendment rights as set forth in *Miranda v. Arizona.*

23

24

25

26

27
In re Gregory Williams, Petition for Writ of Habeas Corpus, Page 3

5.2.  The Trial Court Erred And Violated Petitioner's Rights Against Self-Incrimination and to

Due Process By Admitting Into Evidence The Police Interrogations Because Petitioner's

Responses Were Not Voluntary.

5.3.  The Conviction For Burglary Is Unsupported By The Evidence And Violates Petitioner's

Due Process Rights.

5.4.  The Trial Court Erred And Violated Petitioner's Due Process Rights By Admitting

Evidence Of Prior Sexual Offenses, Evidence Of Petitioner's Character Or Disposition, And

Other Evidence Contained In The Tapes And Transcripts Of The Police Interrogations.

5.5.  The Prosecutor Engaged In Misconduct And Violated Petitioner's Due Process Rights.

## VI. EXHAUSTION

6.1. All grounds for relief raised in this petition for a writ of habeas corpus have previously been

presented to the California Supreme Court.

## VII. NO PROCEDURAL BAR: ALL CLAIMS WERE ADDRESSED ON MERITS

7.1.  All of the claims set forth above were addressed on the merits by the California Court of

Appeal and are not barred.

## VIII.  RELIEF REQUESTED

Wherefore, Petitioner Gregory Williams prays that this Court:

8.1. Issue a writ of habeas corpus to have Petitioner brought before the court to the end that he

may be discharged from his unconstitutional conviction;

8.2. Require Respondent to bring forward the entire record of the state court proceedings, and to

specify any proceeding in the case that has been reported but not transcribed;

8.3. Require Respondent to file an answer admitting or denying each and every factual allegation

herein;

In re Gregory Williams, Petition for Writ of Habeas Corpus, Page 4

8.4. Grant such other and further relief as may be appropriate.

DATED this 17th day of August, 2007.

*Maureen L. Fox*

Maureen L. Fox
Attorney for Petitioner
Gregory Williams

## VERIFICATION

I, Maureen L. Fox, state as follows:

1. I am an attorney representing Gregory Williams in this habeas corpus action. I am filing this Petition at his request.

2. To avoid unnecessary delay in the filing of this Petition, I am verifying the petition on Petitioner's behalf.

3. Based on my review of the state court record, I know all of the facts described in this Petition and verify them to be true.

I swear under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED this 17th day of August, 2007, at Los Gatos, California.

*Maureen L. Fox*

Maureen L. Fox
Attorney for Petitioner
Gregory Williams

In re Gregory Williams, Petition for Writ of Habeas Corpus, Page 5

## CERTIFICATION OF SERVICE

WILLIAMS v. HOREL                                No.

   I, Maureen L. Fox, certify that on the date set forth below, I served the accompanying PETITION FOR WRIT OF HABEAS CORPUS upon all parties by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Gatos, California, addressed as follows:

Dorian Jung
Deputy Attorney General
455 Golden Gate Ave, Ste 11000
San Francisco, CA  94102-3664
ATTORNEY FOR RESPONDENT

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 17, 2007, at Los Gatos, California.

_Maureen L. Fox_
Maureen L. Fox