**E-filing**

FILED
AUG 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

TEH

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) | **C 07 4269** |
|  | ) | CASE NO. |
| Plaintiff, | ) |  |
|  | ) | **PRISONER'S** |
| vs. | ) | **APPLICATION TO PROCEED** |
|  | ) | **IN FORMA PAUPERIS** |
|  | ) |  |
| Defendant. | ) |  |

I, _Williams, Greg_, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___   No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____        - 1 -

1 | and wages per month which you received. (If you are imprisoned, specify the last place of
2 | employment prior to imprisonment.)
3 | _Victory Machine 3500 Pearl Ave._
4 | _San Jose, Ca. 95136_
5 | _Monthly Gross 700.⁰⁰ Net 600.⁰⁰_
    _2,800.⁰⁰   2400.⁰⁰_
6 | 2.   Have you received, within the past twelve (12) months, any money from any of the following
7 | sources:
8 |      a.   Business, Profession or                    Yes ___ No _X_
9 |           self employment
10|      b.   Income from stocks, bonds,                 Yes ___ No _X_
11|           or royalties?
12|      c.   Rent payments?                             Yes ___ No _X_
13|      d.   Pensions, annuities, or                    Yes ___ No _X_
14|           life insurance payments?
15|      e.   Federal or State welfare payments,         Yes ___ No _X_
16|           Social Security or other govern-
17|           ment source?
18| If the answer is "yes" to any of the above, describe each source of money and state the amount
19| received from each.
20| _____
21| _____
22| 3.   Are you married?                                Yes ___ No _X_
23| Spouse's Full Name: _____
24| Spouse's Place of Employment: _____
25| Spouse's Monthly Salary, Wages or Income:
26| Gross $_____ Net $_____
27| 4.   a.   List amount you contribute to your spouse's support : $ _____
28|      b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____        - 2 -

1   and indicate how much you contribute toward their support. (NOTE: For minor
2   children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3   _____
4   _____
5   5.   Do you own or are you buying a home?          Yes ____ No  X
6   Estimated Market Value: $_____ Amount of Mortgage: $_____
7   6.   Do you own an automobile?                      Yes ____ No  X
8   Make _____ Year _____ Model _____
9   Is it financed? Yes _____ No _____ If so, Total due: $ _____
10  Monthly Payment: $ _____
11  7.   Do you have a bank account?  Yes ____ No  X  (Do not include account numbers.)
12  Name(s) and address(es) of bank: _____
13  _____
14  Present balance(s):  $ _____
15  Do you own any cash?  Yes ____ No  X  Amount: $ _____
16  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17  market value.)  Yes ____ No  X
18  _____
19  8.   What are your monthly expenses?   N/A
20  Rent: $ _____ Utilities: _____
21  Food: $ _____ Clothing: _____
22  Charge Accounts:
23  Name of Account          Monthly Payment          Total Owed on This Acct.
24  _____ $ _____ $ _____
25  _____ $ _____ $ _____
26  _____ $ _____ $ _____
27  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
28  they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____          - 3 -

1  _____

2  _____

3  10.   Does the complaint which you are seeking to file raise claims that have been presented in

4  other lawsuits?                                                Yes ____   No ✗

5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6  they were filed.

7  _____

8  _____

9        I consent to prison officials withdrawing from my trust account and paying to the court the

10  initial partial filing fee and all installment payments required by the court.

11       I declare under the penalty of perjury that the foregoing is true and correct and understand

12  that a false statement herein may result in the dismissal of my claims.

13

14  7·22·07                           _[signature]_

15    DATE                              SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No. _____          - 4 -

| | |
|---|---|
| 1 | |
| 2 | Case Number: _____ |

1
2
3
4
5
6
7
8
9        **CERTIFICATE OF FUNDS**
10              **IN**
11       **PRISONER'S ACCOUNT**
12
13   I certify that attached hereto is a true and correct copy of the prisoner's trust account
14   statement showing transactions of _Greg Williams_ for the last six months at
15                                    [prisoner name]
16   _Pelican Bay S.P._ where (s)he is confined.
17   [name of institution]
18   I further certify that the average deposits each month to this prisoner's account for the most
19   recent 6-month period were $ __0__ and the average balance in the prisoner's account
20   each month for the most recent 6-month period was $__0__.
21
22   Dated: _7-23-07_            _c/o R. Reed AB 3/w_
23                               [Authorized officer of the institution]
24
25
26
27
28

## CERTIFICATION OF SERVICE

WILLIAMS v. HOREL                                          No.

I, Maureen L. Fox, certify that on the date set forth below, I served the accompanying PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS upon all parties by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Gatos, California, addressed as follows:

Dorian Jung
Deputy Attorney General
455 Golden Gate Ave, Ste 11000
San Francisco, CA 94102-3664
ATTORNEY FOR RESPONDENT

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 17, 2007, at Los Gatos, California.

*Maureen L. Fox*
Maureen L. Fox