**United States District Court**
For the Northern District of California

1
2
3
4
5
6                  IN THE UNITED STATES DISTRICT COURT
7
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10   GREGORY WILLIAMS,                          No. C 07-04269 TEH
11              Petitioner,
12      v.                                      **ORDER TO SHOW CAUSE**
13   ROBERT HOREL,
14              Respondent.
                                          /
15
16
17          Petitioner, a prisoner of the State of California, has filed a petition for a writ of habeas
18   corpus pursuant to 28 U.S.C. § 2254.  Petitioner was convicted of first degree burglary and
19   being under the influence of a controlled substance. He alleges that the trial court improperly
20   admitted various items of evidence, that the burglary conviction was unsupported by the
21   evidence, and that the prosecutor engaged in misconduct.
22          This court may entertain a petition for a writ of habeas corpus on "behalf of a person in
23   custody pursuant to the judgment of a State court only on the ground that he is in custody in
24   violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a).  It
25   shall "award the writ or issue an order directing the respondent to show cause why the writ
26   should not be granted, unless it appears from the application that the applicant or person
27   detained is not entitled thereto." 28 U.S.C. § 2243.  Accordingly, respondent is hereby ordered
28   to SHOW CAUSE why the writ of habeas corpus should not issue.  See 28 U.S.C. § 2243.

**United States District Court**

For the Northern District of California

1  II.

2      For the foregoing reasons and for good cause shown, IT IS HEREBY ORDERED that:

3      1.  The clerk of the court shall serve by certified mail a copy of this order and the

4  petition and all attachments thereto upon the respondent and the respondent's attorney, the

5  Attorney General of the State of California.  The clerk shall also serve a copy of this order on

6  petitioner's counsel.

7      2.  Respondent shall serve and file,  within 45 days of  the date of this order, an answer

8  conforming in all respects to Rule 5 of the Rules Governing Section 2254 cases, showing cause

9  why a writ of habeas corpus should not be issued.  The respondent shall file with the answer a

10  copy of all portions of the state trial record that have been transcribed previously and that are

11  relevant to a determination of the issues presented by the petition.

12      3.  If petitioner wishes to respond to the answer, he shall do so by filing a traverse with

13  the court and serving it upon the respondent within thirty (30) days of his receipt of the answer.

14

15      IT IS FURTHER ORDERED that:

16      4.  Petitioner's application to proceed *in forma pauperis* is GRANTED.

17

18      **IT IS SO ORDERED.**

19

20  Dated: September   , 2007

21                                              _____
                                                THELTON E. HENDERSON
                                                UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

2