EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
DORIAN JUNG
Deputy Attorney General
State Bar No. 200116
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-3664
  Telephone: (415) 703-1342
  Facsimile: (415) 703-1234
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **GREGORY WILLIAMS,** | C 07-04269 TEH |
| Petitioner, | **ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **ROBERT HOREL, Warden,** | |
| Respondent. | |

Respondent hereby provides this answer to the petition for writ of habeas corpus and order to show cause issued in this matter:

**I.**

**CUSTODY**

Petitioner is presently in the lawful custody of the California Department of Corrections pursuant to a judgment entered in Santa Clara County Superior Court in case number CC265533.

On March 15, 2004, a jury convicted petitioner of first degree burglary, in violation of Cal. Penal Code §§ 459, 460(a), and being under the influence of a controlled substance, a misdemeanor,

in violation of Cal. Health & Safety Code § 11550(a). Pursuant to California's Three Strikes law, the state trial court sentenced petitioner to prison for the total indeterminate term of 25 years to life.

## II.

## TIMELINESS

The petition for writ of habeas corpus is timely within the meaning of 28 U.S.C. § 2244(d).

## III.

## EXHAUSTION

Petitioner has exhausted state remedies as to all of his claims.

## IV.

## DENIAL OF CLAIMS

Respondent denies generally and specifically each and every allegation of the petition which could afford a basis for habeas corpus relief. Respondent further denies that petitioner has made any showing that the state appellate court's denial of his claims was contrary to, or involved an unreasonable application of, clearly established federal law, as determined by the United States Supreme Court, or was based on an unreasonable determination of the facts in light of the evidence presented in the state court proceeding. Respondent specifically denies that the state appellate court unreasonably applied clearly established federal law, or made an unreasonable determination of the facts, when it rejected petitioner's claims of *Miranda* error, coercive interrogation, insufficient evidence, evidentiary error, and prosecutorial misconduct.

## V.

## INCORPORATION OF MEMORANDUM OF POINTS AND AUTHORITIES

Respondent hereby incorporates into this answer and denial of claims the accompanying memorandum of points and authorities.

## VI.

## AVAILABLE STATE RECORDS

Pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, respondent lodges the following state records:

| | | |
|---|---|---|
| Exhibit A | Clerk's Transcript on Appeal. | |
| Exhibit B | Reporter's Transcript of Trial Proceedings. | |
| Exhibit C | Appellant's Opening Brief on Appeal. | |
| Exhibit D | Respondent's Brief on Appeal. | |
| Exhibit E | Appellant's Reply Brief on Appeal. | |
| Exhibit F | Opinion, California Court of Appeal, case number H028263. | |
| Exhibit G | Petition for Review, California Supreme Court. | |
| Exhibit H | Order, California Supreme Court, case number S145461. | |

## CONCLUSION

Based on this answer, the accompanying memorandum of points and authorities, and the exhibits lodged in support of this answer, respondent respectfully requests that the order to show cause be discharged, and that the petition for writ of habeas corpus be denied.

Dated: October 19, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Dorian Jung
DORIAN JUNG
Deputy Attorney General

Attorneys for Respondent

SF2007402488
20109494.wpd

Answer To Petition For Writ Of Habeas Corpus - *Williams v. Horel* - C 07-04269 TEH

3

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Williams v. Horel**

No.:  **C 07-04269 TEH**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>October 19, 2007</u>, I served the attached

**ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

**NOTICE OF LODGING EXHIBITS WITH COURT**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Maureen L. Fox
Attorney at Law
PMB 431
15732 Los Gatos Blvd.
Los Gatos, CA  95032

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 19, 2007, at San Francisco, California.

|  |  |
|:---:|:---:|
| S. Agustin | /s/ S. Agustin |
| Declarant | Signature |

20109677.wpd