1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  DORIAN JUNG
   Deputy Attorney General
6  State Bar No. 200116
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-3664
     Telephone: (415) 703-1342
8    Facsimile: (415) 703-1234
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **GREGORY WILLIAMS,**<br><br>                         Petitioner,<br><br>     v.<br><br>**ROBERT HOREL, Warden,**<br><br>                         Respondent. | C 07-04269 TEH<br><br>**NOTICE OF LODGING EXHIBITS WITH COURT** |

Notice is hereby given that the following exhibits are lodged in support of respondent's answer and memorandum of points and authorities.

| | |
|---|---|
| Exhibit A | Clerk's Transcript on Appeal. |
| Exhibit B | Reporter's Transcript of Trial Proceedings. |
| Exhibit C | Appellant's Opening Brief on Appeal. |
| Exhibit D | Respondent's Brief on Appeal. |
| Exhibit E | Appellant's Reply Brief on Appeal. |
| Exhibit F | Opinion, California Court of Appeal, case number H028263. |
| Exhibit G | Petition for Review, California Supreme Court. |

| | |
|---|---|
| Exhibit H | Order, California Supreme Court, case number S145461. |

Dated: October 19, 2007

                                      Respectfully submitted,

                                      EDMUND G. BROWN JR.
                                      Attorney General of the State of California

                                      DANE R. GILLETTE
                                      Chief Assistant Attorney General

                                      GERALD A. ENGLER
                                      Senior Assistant Attorney General

                                      PEGGY S. RUFFRA
                                      Supervising Deputy Attorney General


                                      /s/ Dorian Jung
                                      DORIAN JUNG
                                      Deputy Attorney General

                                      Attorneys for Respondent

SF2007402488
20109493.wpd