Maureen L. Fox, SBN 172711
Attorney for Gregory Williams, Petitioner
PMB 431, 15732 Los Gatos Blvd.
Los Gatos, CA  95032
Tel:  (408) 358-2135
Fax:  (408) 228-0887
Email:  attorneyfox@verizon.net

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gregory Williams, ) | |
| ) | |
| Petitioner, ) | NO.  C 07-04269 TEH |
| ) | |
| v. ) | PETITIONER'S |
| ) | TRAVERSE TO ANSWER |
| Robert Horel, Warden ) | TO PETITION FOR WRIT |
| ) | OF HABEAS CORPUS |
| Respondent. ) | |
| _____) | |

    Petitioner, Gregory Williams, hereby files this Traverse to Answer to the Petition for Writ of Habeas Corpus, and specifically answers the allegations of the Answer as follows:

### I.  CUSTODY

    Petitioner admits that he is presently in the custody of the California Department of Corrections pursuant to a judgment entered in Santa Clara County Superior Court in Case Number CC265533, but denies that his custody is lawful.

    Petitioner admits that on March 15, 2004, a jury convicted him of first degree burglary, in violation of Cal. Penal Code §§ 459, 460(a), and being under the influence of a controlled substance, a misdemeanor, in violation of Cal. Health & Safety Code § 11550(a), and that, pursuant to California's Three Strikes law, the state trial court sentenced him to prison for the total indeterminate term of 25 years to life.

### II.  TIMELINESS

    Petitioner admits that his petition is timely within the meaning of 28 U.S.C. § 2244 (d).

## III. EXHAUSTION

Petitioner admits that he has exhausted state remedies as to all of his claims.

## IV. PETITIONER'S CLAIMS

Respondent reasserts and incorporates herein by reference generally and specifically each and every allegation of the petition. Petitioner further reasserts that he has shown that the state appellate court's denial of his claims was contrary to, or involved an unreasonable application of, clearly established federal law, as determined by the United States Supreme Court, and was based on an unreasonable determination of the facts in light of the evidence presented in the state court proceeding. Petitioner specifically reasserts that the state appellate court unreasonably applied clearly established federal law, and made an unreasonable determinations of the facts, when it rejected petitioner's claims of *Miranda* error, coercive interrogation, insufficient evidence, evidentiary error, and prosecutorial misconduct.

## V. INCORPORATION OF MEMORANDUM OF POINTS AND AUTHORITIES

Petitioner hereby incorporates into this traverse the accompanying memorandum of points and authorities as well as his memorandum in support of the petition for writ of habeas corpus.

## CONCLUSION

Based on this traverse, the accompanying memorandum of points and authorities, the petition for writ of habeas corpus and its accompanying memorandum of points and authorities, and the exhibits which respondent lodged in this case, petitioner asks that the writ issue and that he be discharged from his unconstitutional conviction and imprisonment.

November 12, 2007                              /s/ Maureen L. Fox
                                               Attorney for Petitioner
                                               Gregory Williams

Traverse to Answer to Petition for Writ of Habeas Corpus - Williams v. Horel – C 07-04269 TEH