IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY WILLIAMS,

        Plaintiff,

  v.

ROBERT HOREL,

        Defendant.

_____/

No. CV 07-04269 TEH

**JUDGMENT IN A CIVIL CASE**

    **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(XX)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is DENIED.

Dated: 03/10/08

Richard W. Wieking, Clerk

By: R.B. Espinosa
Deputy Clerk