IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY WILLIAMS,

               Petitioner,

v.

ROBERT HOREL,

               Respondent.

NO. C07-4269 TEH

ORDER GRANTING IN PART AND DENYING IN PART REQUEST FOR CERTIFICATE OF APPEALABILITY

Petitioner Gregory Williams's request for a certificate of appealability is GRANTED IN PART and DENIED IN PART. A certificate of appealability may issue where the petitioner "has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). A petitioner satisfies this standard where he or she shows that reasonable jurists could find the issues debatable or that the issues are "adequate to deserve encouragement to proceed further." *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983)).

The Court finds this standard to have been satisfied as to Petitioner's first and second claims regarding, respectively, a claim under *Miranda v. Arizona*, 384 U.S. 436 (1966), and a claim involving the voluntariness of Petitioner's statements to police. The Court therefore GRANTS a certificate of appealability as to these two claims.

As to Petitioner's remaining claims, the Court DENIES a certificate of appealability because Petitioner has not satisfied the governing standard. This Court does not find that reasonable jurists could find the issues relating to Petitioner's third through fifth claims to be debatable, nor are the arguments raised adequate to deserve encouragement to proceed further. Accordingly, the Clerk shall forward the case file to the court of appeals with this order. Ninth Cir. R. 22-1(b). Petitioner is reminded that "the court of appeals will not consider uncertified issues unless petitioner first seeks, and the court of appeals grants,

1  broader certification.  Petitioners desiring broader certification must file, in the court of
2  appeals, a separate motion for broader certification, along with a statement of reasons why a
3  certificate should be granted as to any issues(s) within thirty-five days of the district court's
4  entry of its order denying a certificate of appealability."  Ninth Cir. R. 22-1(d).

**IT IS SO ORDERED.**

Dated:   03/19/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT