1

2

3  Maureen L. Fox, SBN 172711
   Appearing Specially for Gregory Williams, Petitioner
   PMB 431, 15732 Los Gatos Blvd.
4  Los Gatos, CA  95032
   Tel:  (408) 358-2135
5  Fax:  (408) 228-0887
   Email:  attorneyfox@verizon.net

6

7                    UNITED STATES DISTRICT COURT

                FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9  Gregory Williams,                    )
                                        )
10 Petitioner,                          ) NO.  C 07-04269 TEH
                                        )
11 v.                                   ) PETITIONER'S
                                        ) NOTICE OF
12 Robert Horel, Warden                 ) APPEAL FROM
                                        ) DENIAL OF WRIT OF
13 Respondent.                          ) HABEAS CORPUS
   _____   )

14

15

16        Petitioner, Gregory H. Williams, previously granted in forma pauperis status, hereby

   appeals to the Ninth Circuit Court of Appeal from the judgment filed March 10, 2008 and the
17
   order of dismissal on which that judgment was based, which was filed on March 5, 2008.
18

19 March 18, 2008                              /s/ Maureen L. Fox
                                               Appearing Specially

20

21

22

23

24

25

26

27