UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

COPY

March 24, 2008

08-15678

**CASE INFORMATION:**
Short Case Title: GREGORY WILLIAMS -v- ROBERT HOREL, Warden
Court of Appeals No. (leave blank if a unassigned _____
U.S. District Court, Division & Judge Name: United States District Court for the Northern District of California before The Honorable Thelton E. Henderson
Criminal and/or Civil Case No.: C-07-4269-TEH
Date Complaint/Indictment/Petition Filed: 8/20/2007
Date Appealed order/judgment *entered:* 3/5/2008 & 3/10/2008
Date NOA *filed:* 3/24/2008
Date(s) of Indictment ___ Plea Hearing ___ Sentencing ___

FILED MAR 31 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

COA Status (check one):    ☐ granted in full (attach order)        ☐ denied in full
                           ☐ granted in part (attach order)        ☐ pending

Court Reporter(s) Name & Phone Number: __None__

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                              Date Docket Fee Billed:
**Date FP granted: 9/10/2007**                     Date FP denied:
Is FP pending? ☐ yes  ☐ no                         Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                                 Appellee Counsel:

*"Pls. See Attached Docket Sheet for the Info."*

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                       Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                                    9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Thelma Nudo, Deputy Clerk (415)522-2067