**FILED**

UNITED STATES COURT OF APPEALS

JUN 19 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GREGORY WILLIAMS,<br><br>            Petitioner - Appellant,<br><br>v.<br><br>ROBERT HOREL, Warden,<br><br>           Respondent - Appellee. | No. 08-15678<br><br>D.C. No. 07-CV-04269-THE<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's motion for appointment of counsel in this habeas corpus appeal is granted. See 18 U.S.C. § 3006A(a)(2)(B); *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983) (per curiam). Counsel will be appointed by separate order.

The Clerk shall serve a copy of this order on Barry Portman, Federal Public Defender, 450 Golden Gate Avenue, P.O. Box 36106, San Francisco, California 94102, who will locate appointed counsel. Mr. Portman may wish to consider that Maureen L. Fox, Esq., 15732 Los Gatos Blvd., PMB 431, Los Gatos, CA 95032, (408) 358-2135, who represented appellant in district court, is willing to be appointed to represent appellant in the court of appeals.

SNR/MOATT

The district court shall provide the Clerk of this court with the name and address of appointed counsel by facsimile transmission (FAX: (415) 355-8111) within 14 days of locating counsel. If new counsel identifies uncertified issues that should be raised on appeal, counsel shall include them in the opening brief as permitted by Ninth Circuit Rule 22-1(e).

The opening brief and excerpts of record are due August 20, 2008; the answering brief is due September 19, 2008; and the reply brief is due within 14 days after service of the answering brief.